## LEE FOLLEY v. STATE.

No. A-6335.   Opinion Filed Nov. 27, 1926.
(250 Pac. 1118.)

J. Earl Smith, for plaintiff in error.

Geo. F. Short, Atty. Gen., for the State.

BESSEY, P. J. Lee Folley, plaintiff in error, was convicted of the crime of robbery by use of firearms, with his punishment fixed at imprisonment in the state penitentiary for a term of seven years, and he appeals. The plaintiff in error was unable to give a supersedeas bond pending appeal, as required by the court, and for some months has been incarcerated in the penitentiary at McAlester. By a communication received from plaintiff in error, it is made to appear that he desires to abandon the appeal and asks that the appeal be dismissed. A cursory examination of the record indicates that there is no merit in the appeal. The request is granted, and the appeal is dismissed and a mandate ordered forthwith, directing the warden of the penitentiary to execute the judgment of the trial court, according to its terms.

DOYLE and EDWARDS, JJ., concur.